Ronald Orlanda MUSE, Petitioner–
Appellant,

v.

Lisa EDWARDS; Jerry Slonaker,
Respondents–Appellees.

No. 01–6343.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 25, 2001.

Decided Oct. 15, 2001.

Ronald Orlanda Muse, pro se.

Richard Bain Smith, Assistant Attorney General, Richmond, VA, for appellees.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

6187, 2001 WL 1020287 (4th Cir. Sept.6, 2001) (unpublished).

PER CURIAM.

Ronald Orlanda Muse appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Muse v. Edwards,* No. CA–00–512 (E.D. Va. filed Feb. 5, 2001; entered Feb. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*